MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com; miltenbergerc@gtlaw.com

JOEL M. EADS (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email:  eadsj@gtlaw.com

*Counsel for Defendants Jeffrey L. Taylor, Don L. Taylor,*
*L. John Lewis, S. Randall Oveson, and Gannon Giguiere, and for*
*Nominal Defendant Eco Science Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>JEFFREY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br>Defendants, <br><br>and <br><br>ECO SCIENCE SOLUTIONS, INC., <br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO COMPLAINT** <br><br>(First Request) |

Page 1 of 3

PHI 317891912v2

# STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffrey L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A., hereby stipulate and agree to extend the deadline for the Defendants and the Nominal Defendant to respond to the Complaint in this action by approximately sixty (60) days, through and including **Monday, March 12, 2018,** and request that the Court enter an order approving the same.

Counsel for Defendants and Nominal Defendants have requested additional time to analyze the Complaint, particularly in light of additional derivative action complaints against substantially the same defendants pending in multiple, different jurisdictions, and to prepare a response and defense that best promotes convenience, economy and consistency and Plaintiffs' counsel have agreed to the extension as a professional courtesy.

///
///
///

1       This is the first stipulation for an extension of time for any of the Defendants or the Nominal Defendant to respond to the Complaint.

Dated: January 5, 2018

By: /s/ *Christopher R. Miltenberger*
   Mark E. Ferrario
   Christopher R. Miltenberger
   GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
   Suite 400 North
   Las Vegas, NV 89169

   Joel M. Eads
   GREENBERG TRAURIG, LLP
   2700 Two Commerce Square
   2001 Market Street
   Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

Dated: January 5, 2018

By: /s/ *Patrick R. Leverty*
   Patrick R. Leverty
   LEVERTY & ASSOCIATES LAW CHTD.
   832 Willow Street
   Reno, NV 89502

   Phillip Kim
   THE ROSEN LAW FIRM, P.A.
   275 Madison Avenue, 34th Floor
   New York, NY 10016

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED: January 8, 2018