MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com; miltenbergerc@gtlaw.com

JOEL M. EADS (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email: eadsj@gtlaw.com

*Counsel for Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson, and Gannon Giguiere, and for Nominal Defendant Eco Science Solutions, Inc.*

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 12 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br>Defendants, <br><br>and <br><br>ECO SCIENCE SOLUTIONS, INC., <br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC <br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO COMPLAINT <br><br>(Second Request) |

PHI 317906440v1

# STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO COMPLAINT

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A., hereby stipulate and agree to extend the deadline for the Defendants and the Nominal Defendant to respond to the Complaint in this action by thirty (30) days, through and including **Wednesday, April 11, 2018**, and request that the Court enter an order approving the same.

Counsel for Defendants and Nominal Defendants request additional time to analyze the full scope of the claims made by all plaintiffs in all jurisdictions, particularly in light of a fourth derivative action filed in a different jurisdiction since the first stipulated extension, and to prepare a response and defense that best promotes convenience, economy and consistency. Plaintiffs' counsel have agreed to the extension as a professional courtesy.

This is the second stipulation for an extension of time for any of the Defendants or the Nominal Defendant to respond to the Complaint.

Dated: March 7, 2018

By: /s/ Christopher R. Miltenberger
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

Dated: March 7, 2018

By: /s/ Patrick R. Leverty
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 12, 2018

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT/MAGISTRATE JUDGE**
**DATED:** _____

PHI 317906440v1