**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE,<br><br>Defendants,<br><br>and<br><br>ECO SCIENCE SOLUTIONS, INC.,<br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS AND NOMINAL DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

1

# STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS AND NOMINAL DEFENDANT'S MOTION TO DISMISS

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants and Nominal Defendant's Motion to Dismiss, filed on April 11, 2018 as Dkt. No. 14, by thirty (30) days, through and including May 25, 2018, and request that the Court enter an order approving the same. Currently, Plaintiff's opposition to the Motion to Dismiss is due on April 25, 2018.

Counsel for Plaintiff requests additional time due to several upcoming deadlines which would make it difficult to file an opposition timely. Defendants and Nominal Defendants' counsel have agreed to the extension as a professional courtesy.

This is the first stipulation for an extension of time for Plaintiff to respond to the Motion to Dismiss.

Dated: April 18, 2018

By: */s/ Patrick R. Leverty*
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
*Attorneys for Plaintiff*

Dated: April 18, 2018

By: */s/ Christopher R. Miltenberger*
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

**IT IS SO ORDERED:**

DATED this 19th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE