MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com; miltenbergerc@gtlaw.com

JOEL M. EADS (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email: eadsj@gtlaw.com

*Counsel for Defendants Jeffrey L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson, and Gannon Giguiere, and for Nominal Defendant Eco Science Solutions, Inc.*

**FILED / ENTERED** — **RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD**
MAY 16 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>JEFFREY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br>Defendants, <br><br>and <br><br>ECO SCIENCE SOLUTIONS, INC., <br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br>(First Request) |

PHI 317945028v1

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson, and Ganon Giguiere ("Defendants') and Nominal Defendant Eco Science Solutions, Inc. ("Eco Science"), by and through their counsel of record, and Plaintiff Hans Menos ("Plaintiff"), by and through his counsel of record, agree and stipulate to continue the case management conference set in the above-captioned matter from June 7, 2018 at 10:00 a.m. to **June 21, 2018** at **10:00 a.m.** This is the parties' first request for a continuance of the case management conference.

On April 23, 2018, the Court issued an Order pursuant to FRCP 16 and LR 16-2 setting the above-captioned matter for a case management conference on Thursday, June 7, 2018 at 10:00 a.m. (Doc. 18). Prior to the issuance of the Court's Order, lead counsel for Defendants and Eco Science was already scheduled to appear for a hearing on a summary judgment motion pending in a separate matter in Pennsylvania. In light of this conflict, Defendants and Eco Science's counsel requested a short continuance of the case management conference to a date when lead counsel could participate. Plaintiff's counsel is agreeable to the continuance to a mutually agreeable date as a matter of professional courtesy.

///

///

///

PHI 317945028v1

Based on the foregoing, the parties respectfully request that the Court enter an order continuing the case management conference June 7, 2018 at 10:00 a.m. to **June 21, 2018 at 10:00 a.m.**

Dated: May 14, 2018

By: /s/ *Christopher R. Miltenberger*
    Mark E. Ferrario
    Christopher R. Miltenberger
    GREENBERG TRAURIG, LLP
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, NV 89169

    Joel M. Eads
    GREENBERG TRAURIG, LLP
    2700 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

Dated: May 14, 2018

By: /s/ *Patrick R. Leverty*
    Patrick R. Leverty
    LEVERTY & ASSOCIATES LAW CHTD.
    832 Willow Street
    Reno, NV 89502

    Phillip Kim
    THE ROSEN LAW FIRM, P.A.
    275 Madison Avenue, 34th Floor
    New York, NY 10016

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 16, 2018