**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE,<br><br>Defendants,<br><br>And<br><br>ECO SCIENCE SOLUTIONS, INC.,<br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO FILE REPLY BRIEF**<br><br>**(First Request)** |

| | |
|---|---|
| 1 | Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A., hereby stipulate and agree to extend the deadline for the Defendants and the Nominal Defendant to submit a Reply in Support of Defendants' and Nominal Defendant's Motion to Dismiss by seven (7) days, through and including **June 8, 2018**, and request that the Court enter an order approving the same. Defendants' and Nominal Defendants' Motion to Dismiss was filed on April 11, 2018 (ECF No. 14). Plaintiff filed his Opposition on May 25, 2018 (ECF No. 23). Currently, Defendants' Reply is due on **June 1, 2018**. |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A., hereby stipulate and agree to extend the deadline for the Defendants and the Nominal Defendant to submit a Reply in Support of Defendants' and Nominal Defendant's Motion to Dismiss by seven (7) days, through and including **June 8, 2018**, and request that the Court enter an order approving the same. Defendants' and Nominal Defendants' Motion to Dismiss was filed on April 11, 2018 (ECF No. 14). Plaintiff filed his Opposition on May 25, 2018 (ECF No. 23). Currently, Defendants' Reply is due on **June 1, 2018**.

Counsel for Defendants and Nominal Defendants request additional time due to upcoming deadlines which would make it difficult to timely file a Reply brief. Plaintiffs' counsel have agreed to the extension as a professional courtesy.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first stipulation for an extension of time for any of the Defendants or the Nominal Defendant to file a Reply in Support of Defendants' and Nominal Defendant's Motion to Dismiss.

Dated: May 29, 2018

By: /s/ Christopher R. Miltenberger
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Defendants and Nominal Defendant*

Dated: May 29, 2018

By: /s/ Patrick R. Leverty
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

DATED this 30th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE