UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HANS MENOS, | ) | 3:17-CV-0662-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 15, 2018 |
| | ) | |
| JEFFERY L. TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

## MINUTE ORDER IN CHAMBERS:

Defendants filed a motion to stay discovery pending ruling on motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 35). Plaintiff filed a notice of non-opposition (ECF No. 37). Therefore,

IT IS ORDERED that the motion to stay discovery (ECF No. 35) is **GRANTED**. If the motion to dismiss is denied, the parties shall file a discovery plan and scheduling order within ten days of the ruling.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk