# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., | Case No. 3:17-CV-00662-LRH-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND DEFENDANTS' REPLY THERETO** |
| JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, | |
| Defendants, | **(First Request)** |
| and | |
| ECO SCIENCE SOLUTIONS, INC., | |
| Nominal Defendant. | |

1

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Individual Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant" and with Individual Defendants, "Defendants"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss Verified Stockholder Derivative Complaint, filed on September 27, 2018 as Dkt. No. 42 (the "Motion to Dismiss"), by forty-five (45) days, through and including November 26, 2018, and request that the Court enter an order approving the same. Currently, Plaintiff's opposition to the Motion to Dismiss is due on October 11, 2018.

Counsel for Plaintiff requests additional time due to several upcoming deadlines which would make it difficult to file an opposition timely. Defendants' counsel have agreed to the extension as a professional courtesy.

Counsel for Plaintiff and counsel for Defendants hereby further stipulate and agree that Defendants' reply to Plaintiff's response shall be due twenty-one (21) days thereafter, through and including December 17, 2018, and request that the Court enter an order approving the same.

This is the first stipulation for an extension of time for Plaintiff to respond to the Motion to Dismiss and for Defendants' reply thereto.

Dated: October 1, 2018

By: */s/Patrick R. Leverty*_____
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

Dated: October 1, 2018

By: */s/Joel M. Eads*
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

**IT IS SO ORDERED:**

DATED this 3rd day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE