MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  ferrariom@gtlaw.com; miltenbergerc@gtlaw.com

JOEL M. EADS (*pro hac vice*)
GREENBERGTRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email: eadsj@gtlaw.com

*Counsel for Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson, and Gannon Giguiere, and for Nominal Defendant Eco Science Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br>Defendants, <br><br>and <br><br>ECO SCIENCE SOLUTIONS, INC., <br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-VPC <br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO AMENDED COMPLAINT** <br><br>**(First Request)** |

PHI 318048205v1

## STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO AMENDED COMPLAINT

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Hans Menos, by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A., hereby stipulate and agree to extend the deadline for the Defendants and the Nominal Defendant to respond to the Amended Complaint [Dkt 49] in this action by approximately seven (7) days, through and including **Monday, February 11, 2019**, and request that the Court enter an order approving the same.

Counsel for Defendants and Nominal Defendant have requested additional time to coordinate their responses in other matters arising out of the same facts and circumstances pending in multiple, different jurisdictions; and to prepare a response and defense that best promotes convenience, economy and consistency and avoids prejudice to any defendant; and Plaintiffs' counsel have agreed to the extension as a professional courtesy.

///

///

///

PHI 318048205v1

This is the first stipulation for an extension of time for any of the Defendants or the Nominal Defendant to respond to the Amended Complaint.

Dated: January 14, 2019

Dated: January 14, 2019

By: /s/ Christopher R. Miltenberger
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

By: /s/ Patrick R. Leverty
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: 1/15/2019

PHI 318048205v1