# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br> Defendants, <br><br> and <br><br> ECO SCIENCE SOLUTIONS, INC., <br><br> Nominal Defendant. | Case No. 3:17-CV-00662-LRH-CBC <br><br><br> **STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO AMENDED COMPLAINT AND PLAINTIFF'S RESPONSE TO THE EMERGENCY MOTION TO STAY CIVIL CASE** <br><br> **(First Request)** |

1

### STIPULATION REGARDING DEFENDANTS' RESPONSE TO AMENDED COMPLAINT AND PLAINTIFF'S RESPONSE TO THE EMERGENCY MOTION TO STAY CIVIL CASE

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1, and Fed. R. Civ. P. 15(a)(2), Plaintiff Hans Menos ("Plaintiff"), by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Individual Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant" and with Individual Defendants, "Defendants"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree that due to the criminal indictment against Defendant Gannon Giguiere, *U.S.A. v. Giguiere, et al.*, Case No. 18-CR-3071-WQH (S.D.Cal.) (the "Criminal Indictment"):

(1) The February 11, 2019 deadline for Defendants' response to the Verified First Amended Shareholder Derivative Complaint ("Amended Complaint") (Dkt. No. 49) is vacated and Defendants do not need to respond to the Amended Complaint until the stay issue is resolved in the related derivative actions, *Bell v. Taylor, et al.,* Case No. 17-cv-00530 (D. Hawaii) and *D'Annunzio v. Taylor, et al.,* Case No. 18-cv-00016 (D. Hawaii) (the "Hawaii Actions")[1]; and

(2) Plaintiff's response to the Emergency Motion to Stay Civil Case ("Stay Motion") (Dkt. No. 52) is held in abeyance until Judge Kobayashi makes a determination on Defendants' motions to stay the Hawaii Actions. If Judge Kobayashi denies Defendants' motions to stay in the Hawaii Actions, then Defendants shall withdraw their Stay Motion in this action and stipulate to a deadline for Defendants' response to the Amended Complaint. If Judge Kobayashi grants Defendants' motions to stay in the Hawaii Actions, then the Parties will enter into stay with similar terms as the stay entered in the Hawaii Actions.

The Parties will promptly notify the Court with any decisions and deadlines entered in the

---

[1] On January 29, 2019, Defendants filed similar motions to stay in the Hawaii Actions. On January 30, 2019, Judge Leslie E. Kobayashi affirmed that the hearing on the motions to stay will proceed on March 15, 2019, but granted Defendants' *ex parte* application to extend their deadline to respond to the Hawaii Complaint until after the stay issue was resolved. Judge Kobayashi stated that if the stay motions are granted, then Defendants' deadline to respond to the Hawaii Complaint will be stayed. When the stay is lifted, a new deadline for Defendants' response to the Hawaii Complaint will be issued. If the stay motions are denied, then Judge Kobayashi will set forth the deadline for Defendants' response to the Hawaii Complaint.

Hawaii Actions. This is the first stipulation requesting a new schedule for the response to the Amended Complaint due to the Criminal Indictment and for Plaintiff's response to the Stay Motion.

Dated: February 4, 2019

By: */s/Patrick R. Leverty*
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

Dated: February 4, 2019

By: */s/Joel M. Eads*
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Joel M. Eads
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

**IT IS SO ORDERED:**

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

**DATED: February 5, 2019**

3