| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEVADA |
| | * * * |

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY L. TAYLOR, DON L.TAYLOR, JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br> Defendants. | Case No. 3:17-cv-00662-LRH-CBC <br><br> ORDER |

On February 5, 2019, the court signed a stipulation to stay this case after the parties stipulated – due to a criminal indictment against defendant – that current pending motions would be stayed until the stay issue is resolved in the related derivative actions (the "Hawaii Actions"), and until Judge Kobayashi makes a determination on defendants' motions to stay the Hawaii Actions. If Judge Kobayashi denies defendants' motions to stay in the Hawaii Actions, then defendants shall withdraw their Stay Motion in this action and stipulate to a deadline for defendants' response to the Amended Complaint. If Judge Kobayashi grants defendants' motions to stay in the Hawaii Actions, then the parties will enter into stay in this matter with similar terms as the stay entered in the Hawaii Actions. Good cause appearing,

///

///

1

For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively. The closing of this case administratively has no substantive effect on the status of the case. The case remains pending for all substantive purposes. The case will be reopened administratively when the parties notify the court of any decisions and deadlines entered in the Hawaii Actions.

At that time, an updated joint status report, or joint stipulation, shall be filed with the request to reopen the case administratively.

IT IS SO ORDERED.

DATED this 5th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE