# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br>Defendants, <br><br>and <br><br>ECO SCIENCE SOLUTIONS, INC., <br><br>Nominal Defendant. | Case No. 3:17-CV-00662-LRH-CBC <br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO AMENDED COMPLAINT AND THE REOPENING OF THE ACTION** <br><br>**(First Request)** |

**STIPULATION REGARDING DEFENDANTS' RESPONSE TO AMENDED COMPLAINT AND REQUESTING THE REOPENING OF THE ACTION**

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Hans Menos ("Plaintiff"), by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Individual Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant" and with Individual Defendants, "Defendants" and with Plaintiff, the "Parties"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree:

**WHEREAS**, on February 5, 2019, the Court entered the Parties' Stipulation and Order Regarding Defendants' Response to Amended Complaint and Plaintiffs' Response to the Emergency Motion to Stay Civil Case (the "February Order") (Dkt. No. 55). Pursuant to the February Order, if Judge Kobayashi denied the motion to stay in the related derivative actions, *Bell v. Taylor, et al.,* Case No. 17-cv-00530 (D. Hawaii) and *D'Annunzio v. Taylor, et al.,* Case No. 18-cv-00016 (D. Hawaii) (the "Hawaii Actions"), then Defendants will withdraw their Emergency Motion to Stay Civil Case ("Stay Motion") (Dkt. No. 52) and the Parties would agree to a schedule for the response to the Verified First Amended Shareholder Derivative Complaint ("Amended Complaint"). On April 26, 2019, Judge Kobayashi denied the motion to stay in the Hawaii Actions;

**WHEREAS**, on August 6, 2019, Defendants withdrew the Stay Motion (Dkt. No. 57).

**WHEREAS**, there are additional related proceedings in the United States District Court for the Southern District of California (*U.S. v. Giguiere*, Case No. 18CR3071-WQH) previously scheduled for an August trial but which resolved with a plea agreement on July 23, 2019;

**WHEREAS**, the parties in this action were monitoring the related proceedings, the closure of which provides some guidance to the prosecution and defense of this action;

**WHEREAS**, the parties in this action have preliminarily discussed alternative dispute resolution and require time to continue those discussions;

| | |
|---|---|
| 1 | **WHEREAS**, on August 5, 2019, the Court administratively terminated the action and allowed the parties to request to reopen upon the filing of a status report or joint stipulation (Dkt. No. 56), |

**WHEREAS**, on August 5, 2019, the Court administratively terminated the action and allowed the parties to request to reopen upon the filing of a status report or joint stipulation (Dkt. No. 56),

**NOW, THEREFORE**, the parties in this action stipulate and agree as follows:

1. The Parties request that the Court administratively reopen the action.

2. Defendants shall answer or otherwise respond to Plaintiff's Verified Amended Shareholder Derivative Complaint filed with this Court on December 21, 2018 (the "Amended Complaint") by August 27, 2019.

3. The parties agree that if they are making progress in their discussions about alternative dispute resolution, they agree to meet and confer and discuss the possibility of an additional extension of Defendants' deadlines to respond to the complaint, subject of course to the Court's approval.

4. In the event that the Defendants respond to Plaintiff's Amended Complaint by moving to dismiss, Plaintiff shall file an opposition to Defendants' motion to dismiss by October 7, 2019 and Defendants shall file a reply to Plaintiff's opposition by October 28, 2019.

5. This request is made in good faith and not for the purpose of delay. Rather the stipulation and schedule set forth above will further the efficient and expedient disposition of the above-captioned case.

This is the first stipulation requesting a new schedule for the response to the Amended Complaint since a decision in the Hawaii Action on the stay issue. It is also the first stipulation requesting that the Court administratively reopen the action.

Dated: August 7, 2019

By: */s/ Patrick R. Leverty*
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor

| | | |
|---|---|---|
| 1 | | New York, NY 10016 |
| 2 | | *Attorneys for Plaintiff* |
| 3 | | |
| 4 | | |
| 5 | Dated: August 7, 2019 | By: */s/ Joel M. Eads* |
| 6 | | Mark E. Ferrario<br>Christopher R. Miltenberger |
| 7 | | GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive |
| 8 | | Suite 600<br>Las Vegas, NV 89135 |
| 9 | | |
| 10 | | Joel M. Eads<br>GREENBERG TRAURIG, LLP |
| 11 | | 1717 Arch Street<br>Suite 400 |
| 12 | | Philadelphia, PA 19103 |
| 13 | | *Attorneys for Defendants and Nominal Defendant* |

### ORDER

IT IS SO ORDERED.

DATED this 7th day of August,

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4