|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | **UNITED STATES DISTRICT COURT** | |
| 13 | **DISTRICT OF NEVADA** | |
| 14 | HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., | Case No. 3:17-CV-00662-LRH-CBC |
| 15 | Plaintiff, | |
| 16 | v. | **STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO AMENDED COMPLAINT [ECF 61]** |
| 17 | JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, | |
| 18 | | |
| 19 | | **(Third Request)** |
| 20 | Defendants, | |
| 21 | and | |
| 22 | ECO SCIENCE SOLUTIONS, INC., | |
| 23 | Nominal Defendant. | |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Hans Menos ("Plaintiff"), by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon

1

Giguiere (collectively, "Individual Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Nominal Defendant" and with Individual Defendants, "Defendants" and with Plaintiff, the "Parties"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree:

**WHEREAS**, on February 5, 2019, the Court entered the Parties' Stipulation and Order Regarding Defendants' Response to Amended Complaint and Plaintiffs' Response to the Emergency Motion to Stay Civil Case (the "February Order") (Dkt. No. 55). Pursuant to the February Order, if Judge Kobayashi denied the motion to stay in the related derivative actions, *Bell v. Taylor, et al.,* Case No. 17-cv-00530 (D. Hawaii) and *D'Annunzio v. Taylor, et al.,* Case No. 18-cv-00016 (D. Hawaii) (the "Hawaii Actions"), then Defendants will withdraw their Emergency Motion to Stay Civil Case ("Stay Motion") (Dkt. No. 52) and the Parties would agree to a schedule for the response to the Verified First Amended Shareholder Derivative Complaint ("Amended Complaint"). On April 26, 2019, Judge Kobayashi denied the motion to stay in the Hawaii Actions;

**WHEREAS**, on August 6, 2019, Defendants withdrew the Stay Motion (Dkt. No. 57).

**WHEREAS**, there are additional related proceedings in the United States District Court for the Southern District of California (*U.S. v. Giguiere*, Case No. 18CR3071-WQH) previously scheduled for an August trial but which resolved with a plea agreement on July 23, 2019;

**WHEREAS**, the parties in this action were monitoring the related proceedings, the closure of which provides some guidance to the prosecution and defense of this action;

**WHEREAS**, the parties in this action have preliminarily discussed alternative dispute resolution, are continuing these discussions, and require time to continue those discussions and potentially coordinate with the parties to the related derivative actions;

**NOW, THEREFORE**, the parties in this action stipulate and agree as follows:

1. Defendants shall file an answer to Plaintiff's Verified Amended Shareholder Derivative Complaint filed with this Court on December 21, 2018 (the "Amended Complaint") by September 13, 2019.

2. The parties will continue to discuss alternative dispute resolution.

3. This request is made in good faith and not for the purpose of delay. Rather, the stipulation and schedule set forth above will further the efficient and expedient disposition of the above-captioned case.

This is the third stipulation requesting a new deadline for the response to the Amended Complaint since a decision in the Hawaii Action on the stay issue.

Dated: September 10, 2019

By: */s/ Patrick R. Leverty*
Patrick R. Leverty
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

*Attorneys for Plaintiff*

Dated: September 10, 2019

By: */s/ Christopher R. Miltenberger*
Mark E. Ferrario
Christopher R. Miltenberger
GREENBERG TAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

Joel M. Eads
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103

*Attorneys for Defendants and Nominal Defendant*

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 11th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE