DocuSign Envelope ID: 7C4E6721-BE82-4636-A359-234134DB5E7E

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  HANS MENOS, derivatively on behalf of ) Case #3:17-CV-0662-LRH-CBC
9  ECO SCIENCE SOLUTIONS, INC., )
                                       )
10          Plaintiff(s), ) **VERIFIED PETITION FOR**
                                       ) **PERMISSION TO PRACTICE**
11      vs. ) **IN THIS CASE ONLY BY**
                                       ) **ATTORNEY NOT ADMITTED**
12  JEFFERY L. TAYLOR, ET AL. ) **TO THE BAR OF THIS COURT**
                                       ) **AND DESIGNATION OF**
13                                      ) **LOCAL COUNSEL**
          Defendant(s). )
14  _____ ) FILING FEE IS $250.00

15

16  _____Erica L. Stone_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17

18      1.    That Petitioner is an attorney at law and a member of the law firm of

            The Rosen Law Firm, P.A.
19  _____
                                (firm name)

20  with offices at _____275 Madison Avenue, 40th Floor_____,
                                      (street address)

21  _____New York_____, _____New York_____, ____10016____,
22          (city)                          (state)                (zip code)

23  _____(212) 686-1060_____, _____estone@rosenlegal.com_____.
      (area code + telephone number)          (Email address)

24

25      2.    That Petitioner has been retained personally or as a member of the law firm by

          Plaintiff Hans Menos
26  _____ to provide legal representation in connection with
                  [client(s)]

27  the above-entitled case now pending before this Court.

28                                                              Rev. 5/16

3. That since ___04/28/2014___, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of ___New York___
                                                                            (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | 11/07/2013 | 075462013 |
| USDC, District of New Jersey | 12/20/2013 | ES3545 |
| USDC, Southern District of New York | 6/06/2014 | ES3545 |
| USDC, Eastern District of New York | 3/12/2019 | ES3545 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
    Petitioner's signature

5   STATE OF _____New York_____ )
                                    )
    COUNTY OF _____New York_____ )

6

7   _____Erica L. Stone_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
    Petitioner's signature

10  Subscribed and sworn to before me this

11  22nd day of ___October___, 2019 .

12

13  _____
    Notary Public or Clerk of Court

14

15

SARA FUKS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FU6320001
Qualified in New York County
My Commission Expires 3.2.23

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
            THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ___Patrick Leverty___,
                                                                          (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____832 Willow Street_____,
                      (street address)

24  _____Reno_____, _____Nevada_____, __89502__,
         (city)            (state)          (zip code)

25

26  ___(775) 322-6636___, ___pat@levertylaw.com___.
    (area code + telephone number)    (Email address)

27

28                          4                          Rev. 5/16

DocuSign Envelope ID: 7C4E6721-BE82-4636-A359-334124DB5E7E

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Patrick Leverty _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8840                          pat@levertylaw.com
_____
Bar number                   Email address

APPROVED:
DATED this 4th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ERICA LAUREN STONE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 28, 2014, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 23, 2019

668

Clerk of the Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ERICA L STONE**
(No. **075462013**) was constituted and appointed an Attorney at Law of New Jersey on **November 07, 2013** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **October**, 20 **19**.

Clerk of the Supreme Court

-453a-