Patrick R. Leverty, Esq.
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

Phillip Kim (*pro hac vice*)
Erica L. Stone (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff*

Mark E. Ferrario
Christopher R. Miltenberger
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
Email: miltenbergerc@gtlaw.com

Joel M. Eads (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email: eadsj@gtlaw.com

*Counsel for Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson, and Gannon Giguiere, and for Nominal Defendant Eco Science Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HANS MENOS, derivatively on behalf of ECO SCIENCE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY L. TAYLOR, DON L. TAYLOR, L. JOHN LEWIS, S. RANDALL OVESON, and GANNON GIGUIERE, <br><br> Defendants, <br> and <br> ECO SCIENCE SOLUTIONS, INC., <br> Nominal Defendant. | Case No. 3:17-CV-00662-LRH-CB <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

1

Pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c) and LR 7-1, Plaintiff Hans Menos ("Plaintiff"), by and through his counsel the law firms of Leverty & Associates Law Chtd. Ltd. and The Rosen Law Firm, P.A. and Defendants Jeffery L. Taylor, Don L. Taylor, L. John Lewis, S. Randall Oveson and Gannon Giguiere (collectively, "Individual Defendants") and Nominal Defendant Eco Science Solutions, Inc. ("Eco Science" and with Individual Defendants, "Defendants" and with Plaintiff, the "Parties"), by and through their counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree:

WHEREAS, Plaintiff commenced this action on November 3, 2017;

WHEREAS, Plaintiff filed the Verified First Amended Shareholder Derivative Complaint ("Amended Complaint") on December 21, 2018;

WHEREAS, Defendants filed an answer to the Amended Complaint on September 13, 2019; and

WHEREAS, the claims alleged in this action on behalf of Eco Science are also being asserted in two other jurisdictions: (1) in the First District Court of Nevada, Carson City County styled as *Glorioso v. Taylor, et al.,* Case No. 17 OC 001371B; and (2) in the United States District Court for the District of Hawaii in the consolidated actions styled as *Bell v. Taylor, et al.,* Case No. 17-cv-00530 and *D'Annunzio v. Taylor, et al.,* Case No. 18-cv-00016;

NOW, THEREFORE, the Parties in this action stipulate and agree as follows:

1.   This action is dismissed without prejudice.

2.   Each Party is to bear its own costs and fees.

3.   Notice of voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because: (i) there has been no settlement or compromise in the action; (ii) there has been no collusion among the Parties; (iii) neither Plaintiff nor his counsel have received or will receive, directly or indirectly, any consideration from Defendants for the dismissal; and (iv) the dismissal is without prejudice.

Respectfully submitted,

Dated: March 2, 2020

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Erica L. Stone
Phillip Kim (*pro hac vice*)
Erica L. Stone (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Patrick R. Leverty, Esq.
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**

By: /s/ Joel M. Eads
Joel M. Eads (*pro hac vice*)
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988.7801
Email: eadsj@gtlaw.com

Mark E. Ferrario
Christopher R. Miltenberger
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
Email: miltenbergerc@gtlaw.com

*Counsel for Defendants Jeffery L. Taylor,
Don L. Taylor, L. John Lewis, S. Randall
Oveson, and Gannon Giguiere, and for
Nominal Defendant Eco Science Solutions,
Inc.*

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT/MAGISTRATE JUDGE**

**DATED:** _____

3